AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION, SUPPLEMENTAL RETIREMENT, WELFARE and APPRENTICE and TRAINING FUNDS

V.

HHD ENTERPRISES, INC. and ROBERT HOUSMAN

CASE NUMBER: 18cv5489

ASSIGNED JUDGE: Matthew F. Kennelly

DESIGNATED MAGISTRATE JUDGE: Maria Valdez

TO: (Name and address of Defendant)

ROBERT HOUSMAN
23600 W. MCCLINTOCK ROAD
CHANNAHON, IL 60410

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
McGANN, KETTERMAN & RIOUX
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



August 13, 2018
_____
DATE

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION, SUPPLEMENTAL RETIREMENT, WELFARE AND APPRENTICE AND TRAINING FUNDS<br>　　　　　　　　　　　　　　Plaintiff/Petitioner<br>vs.<br>HHD ENTERPRISES, INC.; ROBERT HOUSMAN<br>　　　　　　　　　　　　　　Defendant/Respondent | Case No.: **18 CV 5489**<br>Division:<br><br>AFFIDAVIT OF SERVICE OF **SUMMONS AND COMPLAINT** |

I, **Michael Feehan**, depose and say the following:

I certify that I am over the age of eighteen. I am not a party to the above action. I am a registered employee of ABC Legal Services, Inc. 633 Yesler Way Seattle, WA 98104 License No 117-001765.

On the **21st day of August, 2018 at 9:02 PM**, I, Michael Feehan, **SERVED ROBERT HOUSMAN** at **23600 W. MCCLINTOCK RD., CHANNAHON, Will County, IL 60410** in the manner indicated below:

**SUBSTITUTE SERVICE**, by personally leaving 1 copy(ies) of the above-listed documents at his/her usual place of abode with **Jane Doe**, who is 13 years of age or older, a person residing therein of who confirmed the Defendant resides at the above address and informed that person of the contents thereof.

On _____**August 22, 2018**_____ a copy was mailed in a sealed envelope with postage fully prepaid, addressed to **ROBERT HOUSMAN** at his/her usual place of abode.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **KIM HOUSMAN, SPOUSE, CO-RESIDENT, who accepted service, a brown-haired white female approx. 45-55 years of age, 5'-5'4" tall and weighing 120-140 lbs.**

Service Fee Total: **$60.00**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

| NAME: _/s/ Michael Feehan_ | 129-157466 | August 22, 2018 |
|---|---|---|
| Michael Feehan | Server ID # | Date |

REF: **N11273**

Page 1 of 1
Tracking #: **0026964269**