# Exhibit C

Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>HHD ENTERPRISES, INC., and ROBERT HOUSMAN<br><br>        Defendants. | Case No. 18 cv 5489<br>Judge Kennelly |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

Daniel P. McAnally declares as follows:

1. I am an associate of the law firm of McGann, Ketterman & Rioux and am licensed to practice law in the State of Illinois and in the U.S. Dist. Court for Northern District of Illinois, Eastern Division.

2. I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3. I have in excess of 26 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to collect delinquent employer contributions.

4. The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of attorneys' fees and costs incurred if the Trust Funds utilize legal counsel to collect unpaid ERISA contributions.

5. Attorneys of this law firm have devoted 37.75 hours in connection with the this case at the rates of $200.00 / $215.00 per hour. The total attorney fees billings is $8,078.75.

6. I have spoken with four other lawyers from four different labor law firms who practice this type of ERISA trust fund litigation. Based on my knowledge and experience, the rates charged by the hour in this case are less than or equal to the usual and customary rates charged by other law firms doing similar work in the United States District Court for the Northen District of Illinois.

7. In addition, the filing fee was $400.00, the fees for service of process were $120.00 and there were six UPS mailings for $112.10. These costs total $632.10.

8. I certify that the attached detailed attorney fees and costs totaling $8,710.85 were necessary and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

 Date: April 3, 2019

 s/ Daniel P. McAnally

 Attorney for the Trustees of the Chicago
 Regional Council of Carpenters Pension Fund,
 et al.

| 4/3/2019 | McGANN, KETTERMAN & RIOUX | |
|---|---|---|
| 10:17 AM | Slip Listing | Page 1 |

---

### Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Case.Selection | Include: CTF-C./N11273/25629 |
| Slip.Transaction Typ | 1 - 1 |

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 574810<br>8/10/2018<br>Billed    G:102838<br>Review referral from the Chicago Regional Carpenter Trust Funds; review trust fund claim, agreement between the parties and history of communication between the fund office and the signatory employer; prepare database and load information regarding case facts, history and legal strategy; prepare file for litigation; prepare summary and entry into the litigation status report for presentation to the trustees. | TIME<br>DPM<br>Billable<br>9/4/2018 CTF-C./N11273/25629 | 1.00<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 215.00 |
| 574811<br>8/11/2018<br>Billed    G:102838<br>Review the Illinois Secretary of State web site and perform LEXIS research to determine corporate status and registered agent information for legal process; search for related individuals, entities, pending cases and assets. | TIME<br>DPM<br>Billable<br>9/4/2018 CTF-C./N11273/25629 | 1.25<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 268.75 |
| 574812<br>8/13/2018<br>Billed    G:102838<br>Prepare complaint, summons, appearance forms and civil cover sheet for Trust Funds' claims and compliance matters pursuant to ERISA Section 1132. | TIME<br>DPM<br>Billable<br>9/4/2018 CTF-C./N11273/25629 | 1.25<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 268.75 |
| 574813<br>8/13/2018<br>Billed    G:102838<br>Prepare the complaint, summons, civil cover sheet and appearance for electronic filing; file the documents. | TIME<br>DPM<br>Billable<br>9/4/2018 CTF-C./N11273/25629 | 0.25<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 53.75 |
| 574814<br>8/13/2018<br>Billed    G:102838<br>Review email from the U.S. District Court Clerk regarding the electronic filing; download and print | TIME<br>DPM<br>Billable<br>9/4/2018 CTF-C./N11273/25629 | 0.50<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 107.50 |

| 4/3/2019 | McGANN, KETTERMAN & RIOUX | |
|---|---|---|
| 10:17 AM | Slip Listing | Page 2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| the complaint, summons, civil cover sheet and attorney appearance; review the complaint; load information regarding the filing date, case number and assigned judge and magistrate into the database; online review of the judge's standing orders regarding pre-trial litigation, motion practice and status hearing dates; review minute clerk contact information; prepare courtesy copy of the complaint for the assigned judge. | | | | |
| 574815<br>8/14/2018<br>Billed  G:102838<br>Prepare summons for the signatory corporate defendant; include court information; electronically file the summons; communication with the clerk of the court regarding the issuance of the summons; review email from the clerk regarding the completed summons for service; download summons and enclose in file. | TIME<br>Billable<br>9/4/2018 CTF-C./N11273/25629 | 0.40<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 86.00 |
| 574816<br>8/14/2018<br>Billed  G:102838<br>Prepare summons for the owner / president of the signatory defendant; include court information; electronically file the summons; communication with the clerk of the court regarding the issuance of the summons; review email from the clerk regarding the completed summons for service; download summons and enclose in file. | TIME<br>Billable<br>9/4/2018 CTF-C./N11273/25629 | 0.40<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 86.00 |
| 574817<br>8/14/2018<br>Billed  G:102838<br>Prepare correspondence to legal process server directing service of the summons and complaint. | TIME<br>Billable<br>9/4/2018 CTF-C./N11273/25629 | 0.50<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 107.50 |
| 574818<br>8/16/2018<br>Billed  G:102838<br>Prepare correspondence to Kristina M. Guastaferri, CPA, Administrator, Chicago Regional Council of Carpenters Benefit Funds and Earl Oliver trust fund office regarding the filing of the complaint, court information, nature of the claim and legal strategy in proceeding; telephone conference with Earl E. Oliver, Field Representative, trust fund office regarding same; Review file for current status; review the court docket. | TIME<br>Billable<br>9/4/2018 CTF-C./N11273/25629 | 0.50<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 107.50 |

| 4/3/2019 | McGANN, KETTERMAN & RIOUX | |
|---|---|---|
| 10:17 AM | Slip Listing | Page 3 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 576843 TIME<br>9/24/2018<br>Billed G:103012 10/3/2018<br>Review correspondence from the fund office regarding the monthly litigation status report; update status of the case and future steps to be taken; review the attorney fees and update since the last report. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.40<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 86.00 |
| 577017 TIME<br>9/16/2018<br>Billed G:103012 10/3/2018<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MINUTE entry before the Honorable Matthew F. Kennelly: The Court sets the case for an initial status hearing pursuant to Fed. R. Civ. P. 16(a) & (c) on 10/10/2018 at 9:30 a.m. and directs plaintiff's attorney to advise each defendant or its counsel of record in writing of the status hearing date; download documents to the file folder; print document and enclose in file. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.20<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 43.00 |
| 577378 TIME<br>10/1/2018<br>Billed G:103173 11/1/2018<br>Review correspondence from special process server regarding the report on service of the summonses and complaints; review process server remarks regarding details of service; review affidavit of service for legality; electronically file the proof of service with the clerk of the U.S. Dist. Court for the Northern Dist. of Illinois; docket follow-up dates for Answer due date; correspondence to the fund office regarding service of the complaint and current status the collection efforts. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.75<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 161.25 |
| 577379 TIME<br>10/2/2018<br>Billed G:103173 11/1/2018<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding SUMMONS Returned Executed by Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund, Chicago Regional Council of Carpenters Welfare Fund, Chicago Regional Council of Carpenters Supplemental Retirement Fund as to HHD Enterprises, Inc. on 8/21/2018, answer due 9/11/2018.; download documents to the file folder; | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.10<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 21.50 |

| 4/3/2019 | McGANN, KETTERMAN & RIOUX | |
| 10:17 AM | Slip Listing | Page 4 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| print document and enclose in file. | | | | |
| 577380 TIME<br>10/2/2018<br>Billed G:103173 11/1/2018<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding SUMMONS Returned Executed by Trustees of the Chicago Regional Council of Carpenters Pension Fund, Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund, Chicago Regional Council of Carpenters Welfare Fund, Chicago Regional Council of Carpenters Supplemental Retirement Fund as to Robert Housman on 8/21/2018, answer due 9/11/2018.; download documents to the file folder; print document and enclose in file. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.10<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 21.50 |
| 577381 TIME<br>10/4/2018<br>Billed G:103173 11/1/2018<br>Telephone conference with Earl E. Oliver, Field Representative, trust fund office regarding status of the litigation. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.10<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 21.50 |
| 577382 TIME<br>10/3/2018<br>Billed G:103173 11/1/2018<br>Prepare motion for order of default to obtain contribution reports and contributions or in the alternative estimate on contributions due if no reports are submitted; prepare exhibits; review judge's schedule for hearing date and time. | DPM<br>Billable<br>CTF-C./N11273/25629 | 1.25<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 268.75 |
| 577383 TIME<br>10/4/2018<br>Billed G:103173 11/1/2018<br>Prepare the document for electronic filing; electronically file the document with the U.S. Dist. Court clerk's office; prepare courtesy copy for the assigned Judge Kennelly. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.40<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 86.00 |
| 577384 TIME<br>10/5/2018<br>Billed G:103173 11/1/2018<br>Prepare a proposed order of default in support of the Trust Funds motion; correspondence to Judge Kennelly. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.70<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 150.50 |
| 577617 TIME<br>10/9/2018<br>Billed G:103173 11/1/2018 | DPM<br>Billable<br>CTF-C./N11273/25629 | ~~0.50~~<br>0.00<br>0.00 | ~~215.00~~<br>T@7 | ~~107.50~~ |

| 4/3/2019 | McGANN, KETTERMAN & RIOUX | | |
|---|---|---|---|
| 10:17 AM | Slip Listing | | Page 5 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| ~~Prepare for court status/motion hearing; review file for current status and most recent activity; telephone conversation with trust fund regarding status of the litigation; review court docket to confirm that the case will be called for status.~~ | | 0.00 | | |
| 577654 TIME<br>10/9/2018<br>Billed G:103173 11/1/2018<br>Prepare for court status/motion hearing; review file for current status and most recent activity; telephone conversation with trust fund regarding status of the litigation; review court docket to confirm that the case will be called for status. | DFW<br>Billable<br>CTF-C./N11273/25629 | 0.50<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 100.00 |
| 577657 TIME<br>10/10/2018<br>Billed G:103173 11/1/2018<br>Attended court hearing. | DFW<br>Billable<br>CTF-C./N11273/25629 | 1.00<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | 200.00 |
| 578147 TIME<br>10/10/2018<br>Billed G:103173 11/1/2018<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 10/10/2018. Motion for order is granted. Order of default to follow. Mailed notice; download documents to the file folder; print document and enclose in file. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.10<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 21.50 |
| 578150 TIME<br>10/13/2018<br>Billed G:103173 11/1/2018<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding ORDER OF DEFAULT signed by the Honorable Matthew F. Kennelly on 10/10/2018. Mailed notice. ; download documents to the file folder; print document and enclose in file; correspondence to the fund office regarding same. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.50<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 107.50 |
| 578151 TIME<br>10/23/2018<br>Billed G:103173 11/1/2018<br>Prepare correspondence to the defendant / signatory regarding the court order and compliance; correspondence to Earl E. Oliver, Field Representative, trust fund office regarding status of the litigation. | DPM<br>Billable<br>CTF-C./N11273/25629 | 1.00<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 215.00 |

| | | | | |
|---|---|---|---|---|
| 4/3/2019 | | McGANN, KETTERMAN & RIOUX | | |
| 10:17 AM | | Slip Listing | | Page 6 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 578935     TIME<br>11/5/2018<br>Billed     G:103357     12/3/2018<br>Review file for current status; review the court docket. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.20<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 43.00 |
| 578936     TIME<br>11/6/2018<br>Billed     G:103357     12/3/2018<br>Prepare correspondence to Earl E. Oliver, Field Representative, trust fund office regarding status of the litigation and request for reporting status of the defendant / signatory; note to file regarding same. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.50<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 107.50 |
| 578943     TIME<br>11/6/2018<br>Billed     G:103357     12/3/2018<br>Review correspondence from Earl E. Oliver, Field Representative, trust fund office regarding the lack of reports and possible FRC. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.10<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 21.50 |
| 579776     TIME<br>11/21/2018<br>Billed     G:103357     12/3/2018<br>Review correspondence from the fund office regarding the monthly litigation status report; update status of the case and future steps to be taken; review the attorney fees and update since the last report. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.40<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 86.00 |
| 581316     TIME<br>12/31/2018<br>Billed     G:103496     1/2/2019<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing set for 1/3/2019 at 9:30 AM. ; download documents to the file folder; print document and enclose in file; correspondence to the fund office regarding current status of the reporting. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.75<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 161.25 |
| 581815     TIME<br>1/7/2019<br>Billed     G:103655     2/1/2019<br>Correspondence to Earl E. Oliver, Field Representative, trust fund office regarding staus of the reporting; correspondence to John Conkliln, audit coordinator, Chicago Carpenter Trust Funds regarding status of the Financial Contract Review; review the court docket. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.70<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 150.50 |

| 4/3/2019 | | McGANN, KETTERMAN & RIOUX | | | |
| 10:17 AM | | Slip Listing | | | Page 7 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 581816<br>1/8/2019<br>Billed | TIME<br>G:103655 | DPM<br>Billable<br>2/1/2019 CTF-C./N11273/25629 | ~~2.00~~<br>0.00<br>0.00<br>0.00 | ~~215.00~~<br>T@7 | ~~430.00~~ |
| | | ~~Review file for compliance with the court order from the signatory contractor pursuant to Judge Kennelly order; prepare Motion for Rule to Show Cause for failure to comply with the court's order; prepare exhibits, notice of filing.~~ | | | |
| 581818<br>1/10/2019<br>Billed | TIME<br>G:103655 | DPM<br>Billable<br>2/1/2019 CTF-C./N11273/25629 | ~~0.75~~<br>0.00<br>0.00<br>0.00 | ~~215.00~~<br>T@7 | ~~161.25~~ |
| | | ~~Prepare a proposed Rule to Show Cause in support of the Trust Funds motion; correspondence to Judge Kennelly regarding same.~~ | | | |
| 581819<br>1/10/2019<br>Billed | TIME<br>G:103655 | DPM<br>Billable<br>2/1/2019 CTF-C./N11273/25629 | ~~0.50~~<br>0.00<br>0.00<br>0.00 | ~~215.00~~<br>T@7 | ~~107.50~~ |
| | | ~~Prepare the document for electronic filing; electronically file the document with the U.S. Dist. Court clerk's office; prepare courtesy copy for the assigned Judge Kennelly.~~ | | | |
| 581821<br>1/11/2019<br>Billed | TIME<br>G:103655 | DPM<br>Billable<br>2/1/2019 CTF-C./N11273/25629 | 0.50<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 107.50 |
| | | Review correspondence from John Conkliln, audit coordinator, Chicago Carpenter Trust Funds regarding the Financial Contract Review scheduled for Jan 18; correspondence to Conklin regarding the Motion for Rule to Show Cause scheduled for Jan 17. | | | |
| 581825<br>1/10/2019<br>Billed | TIME<br>G:103655 | DPM<br>Billable<br>2/1/2019 CTF-C./N11273/25629 | 2.00<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 430.00 |
| | | Review file for compliance with the court order from the signatory contractor pursuant to Judge Kennelly order; prepare Motion for Rule to Show Cause for failure to comply with the court's order; prepare exhibits, notice of filing and proposed Rule Order. | | | |
| 581826<br>1/12/2019<br>Billed | TIME<br>G:103655 | DPM<br>Billable<br>2/1/2019 CTF-C./N11273/25629 | 0.20<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 43.00 |
| | | Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MOTION by Plaintiffs Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund, Chicago Regional Council of Carpenters Supplemental | | | |

| 4/3/2019 | McGANN, KETTERMAN & RIOUX | |
|---|---|---|
| 10:17 AM | Slip Listing | Page 8 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| | Retirement Fund, Chicago Regional Council of Carpenters Welfare Fund, Trustees of the Chicago Regional Council of Carpenters Pension Fund for rule to show cause (Attachments: # (1) Exhibit)<br><br>NOTICE of Motion by Daniel P. McAnally for presentment of motion for rule to show cause, [14] before Honorable Matthew F. Kennelly on 1/17/2019 at 09:30 AM. (McAnally, Daniel) ; download documents to the file folder; print document and enclose in file. | | | |
| 582240<br>1/16/2019<br>Billed    G:103655<br>Prepare for court status/motion hearing; review file for current status and most recent activity; telephone conversation with trust fund regarding status of the litigation; review court docket to confirm that the case will be called for status. | TIME<br>Billable<br>2/1/2019 CTF-C./N11273/25629 | 0.50<br>0.00<br>0.00<br>0.00 | DPM<br>215.00<br>T@7 | 107.50 |
| 582241<br>1/17/2019<br>Billed    G:103655<br>Travel to / from court; attend court appearance at the U.S. District Court for the Northern District of Illinois before Judge Kennelly; telephone conference with the fund office regarding outcome of the court hearing; note to file regarding same. | TIME<br>Billable<br>2/1/2019 CTF-C./N11273/25629 | 1.25<br>0.00<br>0.00<br>0.00 | DPM<br>215.00<br>T@7 | 268.75 |
| 582513<br>1/2/2019<br>Billed    G:103655<br>Reviewing correspondence from Daniel P McAnally on matter as well as reviewing docket, file, and notes on matter for court appearance. Also drafting and filing appearance in matter as well. | TIME<br>Billable<br>2/1/2019 CTF-C./N11273/25629 | 0.70<br>0.00<br>0.00<br>0.00 | NEK<br>215.00<br>T@7 | 150.50 |
| 582515<br>1/3/2019<br>Billed    G:103655<br>Travel to and from court for appearance in matter as well as actual court appearance. Also reviewing docket entry following appearance. | TIME<br>Billable<br>2/1/2019 CTF-C./N11273/25629 | 1.10<br>0.00<br>0.00<br>0.00 | NEK<br>215.00<br>T@7 | 236.50 |
| 582651<br>1/3/2019<br>Billed    G:103655<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 1/3/2019 and continued to | TIME<br>Billable<br>2/1/2019 CTF-C./N11273/25629 | 0.10<br>0.00<br>0.00<br>0.00 | DPM<br>215.00<br>T@7 | 21.50 |

| 4/3/2019 | McGANN, KETTERMAN & RIOUX | |
|---|---|---|
| 10:17 AM | Slip Listing | Page 9 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 1/17/2019 at 9:30 a.m. ; download documents to the file folder; print document and enclose in file. | | | | |
| 582652<br>1/18/2019<br>Billed          G:103655<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 1/17/2019. Motion for rule to show cause [14] is granted. Order to follow with a return date of 2/14/2019 at 9:30 a.m. ; download documents to the file folder; print document and enclose in file. | TIME<br>DPM<br>Billable<br>2/1/2019 CTF-C./N11273/25629 | 0.20<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 43.00 |
| 582654<br>1/25/2019<br>Billed          G:103655<br>Review file for current status; review the court docket; Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding RULE to Show Cause order signed by the Honorable Matthew F. Kennelly on 1/17/2019:It is hereby ordered that a Rule to Show Cause is issued against Robert Housman and that Robert Housman is ordered to appear before this Honorable Court on February 14, 2019 at 9:30 a.m. in Courtroom 2103 at the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois and show cause, if any there be, why he should not be held in contempt of this Court. Mailed notice.; download documents to the file folder; print document and enclose in file; telephone conference with fund office regarding same. | TIME<br>DPM<br>Billable<br>2/1/2019 CTF-C./N11273/25629 | 0.50<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 107.50 |
| 582698<br>1/28/2019<br>Billed          G:103655<br>Prepare correspondence to the defendant / signatory regarding the Rule Order and request for compliance; prepare correspondence to the Legal Process Server regarding service. | TIME<br>DPM<br>Billable<br>2/1/2019 CTF-C./N11273/25629 | 1.00<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 215.00 |
| 582986<br>1/30/2019<br>Billed          G:103655<br>Review correspondence from the fund office regarding the monthly litigation status report; update status of the case and future steps to be taken; review the attorney fees and update since the last report. | TIME<br>DPM<br>Billable<br>2/1/2019 CTF-C./N11273/25629 | 0.40<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 86.00 |

| | | | | | |
|---|---|---|---|---|---|
| 4/3/2019 | | McGANN, KETTERMAN & RIOUX | | | |
| 10:17 AM | | Slip Listing | | | Page 10 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 583583            TIME<br>2/1/2019<br>Billed      G:103837     3/4/2019<br>Review correspondence from the Legal Process Server regarding service of the Rule to Show Cause; note to file regarding same; prepare the return of service; electronically file the document with the U.S. District Clerk. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.40<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 86.00 |
| 583584            TIME<br>2/13/2019<br>Billed      G:103837     3/4/2019<br>Prepare for court status/motion hearing; review file for current status and most recent activity; telephone conversation with trust fund regarding status of the litigation; review court docket to confirm that the case will be called for status; correspondence to Earl E. Oliver, Field Representative, trust fund office regarding same. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.75<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 161.25 |
| 583585            TIME<br>2/14/2019<br>Billed      G:103837     3/4/2019<br>Travel to / from court; attend court appearance at the U.S. District Court for the Northern District of Illinois before Judge Kennelly; telephone conference with the fund office regarding outcome of the court hearing; note to file regarding same. | DPM<br>Billable<br>CTF-C./N11273/25629 | 1.00<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 215.00 |
| 583586            TIME<br>2/14/2019<br>Billed      G:103837     3/4/2019<br>Prepare Order for review and approval by Judge Kennelly for contempt of Robert Housman, $1000 per day fine and status hearing for March 7, 2019; correspondence to Judge Kennelly proposed order regarding same. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.75<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 161.25 |
| 583591            TIME<br>2/2/2019<br>Billed      G:103837     3/4/2019<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding AFFIDAVIT of Service filed by Plaintiffs Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund, Chicago Regional Council of Carpenters Supplemental Retirement Fund, Chicago Regional Council of Carpenters Welfare Fund, Trustees of the Chicago Regional Council of Carpenters Pension Fund regarding Order of Default and Rule to Show Cause served on Robert Housman on 01/29/2019 (McAnally, Daniel) ; download | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.10<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 21.50 |

| 4/3/2019 | McGANN, KETTERMAN & RIOUX | |
|---|---|---|
| 10:17 AM | Slip Listing | Page 11 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|

documents to the file folder; print document and enclose in file.

| 583608<br>2/15/2019<br>Billed   G:103837 | TIME<br>DPM<br>Billable<br>3/4/2019 CTF-C./N11273/25629 | 0.75<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 161.25 |

Review correspondence from the judge's chambers regarding the proposed court order and request for modifications; modify the order; correspondence to the Court regarding same.

| 584005<br>2/21/2019<br>Billed   G:103837 | TIME<br>DPM<br>Billable<br>3/4/2019 CTF-C./N11273/25629 | 0.10<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 21.50 |

Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MINUTE entry before the Honorable Matthew F. Kennelly: Show cause hearing held on 2/14/2019. Robert Housman fails to appear and is held in contempt of Court. Order to follow. Status hearing set for 3/7/2019 at 9:30 a.m. Mailed notice. ; download documents to the file folder; print document and enclose in file.

| 584006<br>2/21/2019<br>Billed   G:103837 | TIME<br>DPM<br>Billable<br>3/4/2019 CTF-C./N11273/25629 | 0.50<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 107.50 |

Review file for current status; review the court docket for the contempt order; correspondence to the minute clerk / courtroom deputy requesting status.

| 584007<br>2/25/2019<br>Billed   G:103837 | TIME<br>DPM<br>Billable<br>3/4/2019 CTF-C./N11273/25629 | 0.10<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 21.50 |

Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding ORDER OF CONTEMPT AGAINST ROBERT HOUSMAN, signed by the Honorable Matthew F. Kennelly on 2/21/2019. ; download documents to the file folder; print document and enclose in file.

| 584008<br>2/26/2019<br>Billed   G:103837 | TIME<br>DPM<br>Billable<br>3/4/2019 CTF-C./N11273/25629 | 1.00<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 215.00 |

Prepare correspondence to the defendant / signatory regarding the Order of Contempt against Robert Housman personally, $1,000 per day fine and outline of compliance with the court orders

| 584009<br>2/26/2019<br>Billed   G:103837 | TIME<br>DPM<br>Billable<br>3/4/2019 CTF-C./N11273/25629 | 0.50<br>0.00<br>0.00 | 215.00<br>T@7 | 107.50 |

| 4/3/2019 | McGANN, KETTERMAN & RIOUX | | |
|---|---|---|---|
| 10:17 AM | Slip Listing | | Page 12 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Prepare correspondence to the process server regarding service of the contempt order on Housman; prepare certified mail and UPS delilvery. | | 0.00 | | |
| 584221 TIME<br>2/27/2019<br>Billed G:103837<br>Review correspondence from the Legal Process Server regarding service of the Contempt order; Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding AFFIDAVIT of Service filed by Plaintiffs Chicago Regional Council of Carpenters Apprentice & Trainee Program Fund, Chicago Regional Council of Carpenters Supplemental Retirement Fund, Chicago Regional Council of Carpenters Welfare Fund, Trustees of the Chicago Regional Council of Carpenters Pension Fund regarding Letter and Order served on Amy Housman, daughter of Robert Housman on 02/27/2019 (McAnally, Daniel) ; download documents to the file folder; print document and enclose in file. | DPM<br>Billable<br>3/4/2019 CTF-C./N11273/25629 | 0.40<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 86.00 |
| 584654 TIME<br>3/6/2019<br>Billed G:103997<br>Prepare for court status/motion hearing; review file for current status and most recent activity; telephone conversation with trust fund regarding status of the litigation; review court docket to confirm that the case will be called for status; confer with attorney David Whitfield regarding status of the audit / Financial Contract Review and compliance' telephone conference with Michael A. Villarreal, Senior Audit Coordinator, Chicago Regional Council of Carpenters Benefit Funds regarding same telephone conference with Robert Housman at the defendant / signatory regarding same. | DPM<br>Billable<br>4/1/2019 CTF-C./N11273/25629 | 1.50<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 322.50 |
| 584692 TIME<br>3/6/2019<br>Billed G:103997<br>~~Prepare for court status/motion hearing; review file for current status and most recent activity; telephone conversation with trust fund regarding status of the litigation; review court docket to confirm that the case will be called for status~~. | DFW<br>Billable<br>4/1/2019 CTF-C./N11273/25629 | ~~1.00~~<br>0.00<br>0.00<br>0.00 | ~~200.00~~<br>T@7 | ~~200.00~~ |

4/3/2019     McGANN, KETTERMAN & RIOUX
10:17 AM     Slip Listing     Page    13

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 584693   TIME<br>3/7/2019<br>Billed   G:103997<br>attended court hearing | DFW<br>Billable<br>4/1/2019 CTF-C./N11273/25629 | ~~1.50~~ *1.0*<br>0.00<br>0.00<br>0.00 | 200.00<br>T@7 | ~~300.00~~<br>*200.00* |
| 584734   TIME<br>3/8/2019<br>Billed   G:103997<br>~~Review voice mail message from Kim, First Midwest Bank regarding information concerning the defendant / signatory and owner, Kevin Piper for purposes of the citation to discover assets response; correspondence to Kim regarding same~~. | DPM<br>Billable<br>4/1/2019 CTF-C./N11273/25629 | ~~0.75~~<br>0.00<br>0.00<br>0.00 | ~~215.00~~<br>T@7 | ~~161.25~~ |
| 585584   TIME<br>3/8/2019<br>Billed   G:103997<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 3/7/2019. Order of contempt entered on 2/21/2019 is vacated. Any fine which might have accrued is also vacated. Status hearing set for 4/10/2019 at 9:30 a.m. Mailed notice. ; download documents to the file folder; print document and enclose in file; telephone conference with Earl E. Oliver, Field Representative, trust fund office regarding same. | DPM<br>Billable<br>4/1/2019 CTF-C./N11273/25629 | 0.40<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 86.00 |
| 586093   TIME<br>4/1/2019<br>WIP<br>Review file for current status; review the court docket; correspondence to Earl E. Oliver, Field Representative, trust fund office regarding the trust funds' claim of ERISA contributions, liquidated damages, interest and dues; telephone conference with Oliver regarding same. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.50<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 107.50 |
| 586189   TIME<br>4/1/2019<br>WIP<br>Prepare affidavit for Kristina M. Guastaferri, CPA, Administrator Chicago Regional Council of Carpenters' Trust Funds in support of the Trust Funds' motion for default judgment; affidavit to support claim for ERISA fringe benefit contributions, and calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code; prepare correspondence to Guastaferri, regarding the affidavit and request for execution. | DPM<br>Billable<br>CTF-C./N11273/25629 | 1.00<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 215.00 |

| 4/3/2019 | McGANN, KETTERMAN & RIOUX | |
|---|---|---|
| 10:17 AM | Slip Listing | Page 14 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 586190         TIME<br>4/2/2019<br>WIP<br>Review file for all entries for the attorney billings and costs incurred; compare with work performed on the file; prepare attorney fee declaration / affidavit and exhibits. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.75<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 161.25 |
| 586191         TIME<br>4/3/2019<br>WIP<br>Prepare motion for default judgment for the trust fund claims and ERISA damages; prepare exhibits; review judge's schedule for hearing date and time; prepare notice of motion and certificate of service. | DPM<br>Billable<br>CTF-C./N11273/25629 | 1.25<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 268.75 |
| 586192         TIME<br>4/3/2019<br>WIP<br>Electronically file the motion; prepare courtesy copy; prepare proposed judgment order; correspondence to the court regarding the proposed order. | DPM<br>Billable<br>CTF-C./N11273/25629 | 0.75<br>0.00<br>0.00<br>0.00 | 215.00<br>T@7 | 161.25 |

Grand Total

| | Billable<br>Unbillable<br>Total | ~~43.75~~<br>0.00<br>~~43.75~~ | | ~~9346.25~~<br>0.00<br>~~9346.25~~ |

*Handwritten annotations:*

                                37.75        $ 8,078.75

Court Cost                                   $ 400.00

Service Fees                                 $ 120.00

UPS mailings (6)                             $ 112.10
                                             ―――――――

                       Total                 $ 8,710.85