IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Trustees of the Chicago Regional Council of
Carpenters Pension Fund, et al.,

Plaintiff(s),

v.

HHD Enterprises, Inc., et al.,

Defendant(s).

Case No. 18 C 5489
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of plaintiff and against defendant HHD Enterprises Inc. in the amount of $104,718.89 and against defendant Robert Housman in the amount of $4,420.27.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion.

Date: 4/11/2019

Thomas G. Bruton, Clerk of Court

Pamela J. Geringer, Deputy Clerk